## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Smith<br>        Plaintiff,<br><br>v.<br><br>NCA Financial Services, Inc.<br>        Defendant. | CASE NO.: 07-c-06767<br><br>JUDGE: Aspen<br><br><br>**NOTICE OF HEARING** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Judge Aspen has scheduled a Status Hearing in the present action to take place on January 24, 2008 in Courtroom 2525.  You are being notified of this hearing as ordered by Judge Aspen's Minute Entry dated December 4, 2007.

        RESPECTFULLY SUBMITTED,

        Legal Helpers, P.C.

        By:___/s/ Jeffrey S. Hyslip__
           Jeffrey S. Hyslip
           Attorney for Plaintiff
           20 West Kinzie; Suite 1300
           Chicago, IL 60611
           Telephone: 1.866.339.1156
           Jsh@legalhelpers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2007 a copy of the foregoing Notice was filed electronically. The following parties were served through U.S. Mail. Parties may access this filing through the Court's system.

NCA Financial Services, Inc.
1731 Howe Avenue, #254
Sacramento, CA 95825

And

NCA Financial Services, Inc.
c/o J. Pugh, Registered Agent
1731 Howe Ave., #361
Sacramento, CA 9582

/s/ Jeffrey Hyslip