# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VIRGIL SMITH, | Case No.: 1:07-cv-6767 |
| Plaintiff, | Judge: Aspen |
| v. | |
| NCA FINANCIAL SERVICES, INC., | **(proposed) ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE THE STATUS HEARING** |
| Defendant. | |

For Good Cause Shown, the Court hereby Grants Plaintiff's Motion to continue the status hearing presently set for January 24, 2008 at 10:30 a.m.. The status hearing is re-scheduled for February 28, 2008 at 10:30 a.m..

**IT IS SO ORDERED.**

_____
**Judge Aspen**

SUBMITTED BY,

Jeffrey S. Hyslip
Legal Helpers, P.C.
Attorney for Plaintiffs
20 West Kinzie; Suite 1300
Chicago, IL 60611
Telephone: 1.866.339.1156