UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIRGIL SMITH,<br><br>       Plaintiff,<br><br>v.<br><br>NCA FINANCIAL SERVICES, INC.,<br><br>       Defendant. | Case No.: 1:07-cv-6767<br><br>Judge: Aspen<br><br><br>**NOTICE OF MOTION** |

To:   NCA Financial Services, Inc.
      c/o J. Pugh, Registered Agent
      1731 Howe Ave., #361
      Sacramento, CA 95825

   PLEASE TAKE NOTICE that on January 10, 2008 at the hour of 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Aspen or any judge sitting in his stead at the United States Courthouse; 219 South Dearborn Street; Chicago, Illinois 60604, and then and there present **PLAINTIFFS' MOTION TO CONTINUE THE STATUS HEARING**, a copy of which is served upon you.

                              RESPECTFULLY SUBMITTED,

                              Legal Helpers, P.C.

                              By:    */s/ Jeffrey S. Hyslip*
                                  Jeffrey S. Hyslip
                                  Attorney for Plaintiff
                                  Legal Helpers, P.C.
                                  20 West Kinzie; Suite 1300
                                  Chicago, IL 60611
                                  Telephone: 1.866.339.1156
                                  jsh@legalhelpers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2008 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. The following parties were served via Regular U.S. Mail;

NCA Financial Services, Inc.
c/o J. Pugh, Registered Agent
1731 Howe Ave, #361
Sacramento, CA 95825

*/s/ Jeffrey S. Hyslip*