UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Virgil Smith
                           Plaintiff,

v.                                                Case No.: 1:07–cv–06767
                                               Honorable Marvin E. Aspen

NCA Financial Services, Inc.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 4, 2008:

      MINUTE entry before Judge Marvin E. Aspen dated 1/4/08:Plaintiff's Motion to continue [7] the status hearing set for 1/24/08 is granted. Motion terminated. The status hearing set for 1/24/08 is reset to 2/28/2008 at 10:30 AM. The motion hearing set for 1/10/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.