# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Virgil Smith<br><br>    Plaintiff,<br><br>v.<br><br>NCA Financial Services, Inc.<br><br>    Defendant. | CASE NO.: 1:07-cv-06767<br><br>JUDGE: Marvin E. Aspen<br><br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

    Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)1(i), with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

                                              RESPECTFULLY SUBMITTED,

                                              Legal Helpers, P.C.

                                              By:     /s/ Jeffrey S. Hyslip__
                                                    Jeffrey S. Hyslip
                                                    Attorney for Plaintiff
                                                    20 West Kinzie; Suite 1300
                                                    Chicago, IL 60611
                                                    Telephone: 1.866.339.1156
                                                    Jsh@legalhelpers.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2008 a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following party was served through U.S. Mail.  Parties may access this filing through the Court's system.

NCA Financial Services, Inc.
c/o J. Pugh, Registered Agent
1731 Howe Ave., #361
Sacramento, CA 95825

                                                /s/ Jeffrey Hyslip